**FILED**

05/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0149



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA 23-0149

| | |
|---|---|
| FIRST INTERNET BANK OF INDIANA. | ) |
| | ) |
| | ) |
| Plaintiff/Counter-Defendant/ Appellee, | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) **ORDER GRANTING UNOPPOSED** |
| PONTUS SK PORTFOLIO, LLC, | ) **MOTION FOR EXTENSION OF** |
| and MICHAEL K. PRESS, | ) **TIME TO FILE OPENING BRIEF** |
| | ) |
| Defendants/Counter-Plaintiffs/ Appellants. | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES D. KING | ) |
| | ) |
| Intervenor/Appellee. | ) |

Upon motion of the Appellants through counsel and Appellee Charles D. King having no objection thereto, and pursuant to Rule 26(1) Mont. R. App. P.:

IT IS HEREBY ORDERED that the Appellants are granted an additional 30-day extension until June 9, 2023, in which to prepare, file, and serve their Opening Brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 11 2023